UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
MARDI A HARTSHORN

CASE NO. 07 B 06685

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-3731

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/13/07 and confirmed on 07/20/07.

2. The case was dismissed after confirmation, 01/16/2009.

3. The Debtor paid a total of $ 9938.42 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 5991.47 | .00 | 1930.52 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL ILL RADIOLOGICAL | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | 11635.87 | .00 | 3749.21 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 150.52 | .00 | 48.48 |
| FINANCIAL PLUS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST USA | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| BUSINESS SERVICE BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 778.19 | .00 | 250.73 |
| LEASECOMM CORP | UNSECURED | 1516.80 | .00 | 488.74 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE iNET | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB | UNSECURED | NOT FILED | .00 | .00 |
| ZALUTSKY & PINSKI | REIMBURSEMENT | 354.00 | .00 | 354.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 354.00 | 20072.85 | .00 | 20426.85 |
| PRINCIPAL PAID | .00 | 354.00 | 6467.68 | .00 | 6821.68 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 354.00 | 6467.68 | .00 | 6821.68 |

The Debtor's attorney, ZALUTSKY & PINSKI             , was allowed $ 2500.00 and was paid $ 2500.00 .

The Trustee received $ 466.56 .

Refunds to the Debtor totaled $    150.18 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE